PEOPLE v EDWARDS

POISONS—NARCOTICS—ILLEGAL POSSESSION—ELEMENTS—LACK OF
LICENSE.

Lack of a license is an essential element of the crime of the
illegal possession of narcotic drugs and must be proven by
the prosecution in order for a conviction of that offense to
be sustained (MCLA 335.153).

Appeal from Genesee, Elza H. Papp, J. Sub-
mitted Division 2 November 3, 1971, at Lansing.
(Docket No. 9079.) Decided January 17, 1972.

James Edwards, Jr., was convicted of the illegal
possession of narcotics. Defendant appeals. Re-
versed and remanded.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *Robert F. Leonard,*
Prosecuting Attorney, and *Donald A. Kuebler,* Chief
Assistant Prosecuting Attorney, for the people.

*Shaker Brackett,* for defendant on appeal.

Before: DANHOF, P. J., and BRONSON and TARGON-
SKI,* JJ.

---

* Former circuit judge, sitting on the Court of Appeals by as-
signment pursuant to Const 1963, art 6, § 23 as amended in 1968.

---

REFERENCE FOR POINTS IN HEADNOTE
25 Am Jur 2d, Drugs, Narcotics, and Poisons § 16 *et seq.*

DANHOF, P. J.  The defendant was convicted, after a jury trial, of illegal possession of narcotics in violation of MCLA 335.153; MSA 18.1123.  He now appeals.  We reverse because the people failed to prove that the defendant did not have a license to possess narcotics.

This case is controlled by the Supreme Court's decision in *People* v *Rios,* 386 Mich 172 (1971).  In *Rios* the Supreme Court held that a defendant's lack of a license was an essential element of the offense of sale of narcotics.  The only difference between *Rios* and this case is that *Rios* involved a prosecution for sale of narcotics under MCLA 335.152; MSA 18.1122, and this case involves the prosecution for possession of narcotics under MCLA 335.153; MSA 18.1123.  However, we do not regard this as a viable distinction.  In pertinent part the wording of the statutes is identical.  MCLA 335.152; MSA 18.1122 provides:

"Any person not having a license under the provisions of Act No. 343 of the Public Acts of 1937, as amended, being sections 335.51 to 335.78, inclusive, of the Compiled Laws of 1948, who shall sell, manufacture, produce, administer, dispense or prescribe any narcotic drug shall be deemed guilty of a felony."

MCLA 335.153; MSA 18.1123 provides:

"Any person not having a license as required under the provisions of Act No. 343 of the Public Acts of 1937, as amended, being sections 335.51 to 335.78, inclusive, of the Compiled Laws of 1948, who shall possess or have under his or her control any narcotic drug shall be deemed guilty of a felony."

Reversed and remanded for a new trial.

All concurred.